No. 403. MARINE COOKS & STEWARDS, AFL, ET AL. *v.* PANAMA STEAMSHIP CO., LTD., ET AL., 362 U. S. 365; No. 726. BURLINGTON-CHICAGO CARTAGE, INC., *v.* UNITED STATES ET AL., 362 U. S. 401; No. 734. WOLFE ET AL. *v.* NATIONAL LEAD CO., 362 U. S. 950; No. 746. HELMIG *v.* JONES ET AL., 362 U. S. 950; and No. 793. SINCLAIR OIL & GAS CO. *v.* MASTERSON ET AL., 362 U. S. 952. Petitions for rehearing denied.

JUNE 6, 1960.

No. 326. METLAKATLA INDIAN COMMUNITY, ANNETTE ISLAND RESERVE, *v.* EGAN, GOVERNOR OF ALASKA, ET AL. Appeal from the District Court for Alaska. The motion of *Edward G. Dobrin* for leave to withdraw his appearance as counsel for appellant is granted.

No. 890, Misc. CATO *v.* SACKS, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari to the Supreme Court of Ohio, certiorari is denied.

No. 884. RADIANT BURNERS, INC., *v.* PEOPLES GAS LIGHT & COKE CO. ET AL. C. A. 7th Cir. Certiorari granted. *John O'C. FitzGerald* and *Joseph Keig, Sr.* for petitioner. *Clarence H. Ross, Justin A. Stanley, Robert W. Murphy, Burton Y. Weitzenfeld, Harold A. Smith, Arthur D. Welton, Jr., Horace R. Lamb* and *Adrian C. Leiby* for respondents.